**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Sonja L. Lewis,<br>     Plaintiff,<br>     v.<br>Linda S. McMahon,<br>Acting Commissioner of<br>Social Security,<br>     Defendant. | CIV-06-1496-PHX-SMM<br>**O R D E R** |

Pending before the Court is Defendant's Motion for Enlargement of Time Within Which to File A Response to Plaintiff's Motion for Summary Judgment (First Request). (Dkt. 12.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion for Enlargement of Time Within Which to File A Response to Plaintiff's Motion for Summary Judgment. (Dkt. 12.)

**IT IS FURTHER ORDERED** that Defendant shall respond to Plaintiff's Motion for Summary Judgment no later than March 1, 2007.

DATED this 25th day of January, 2007.

_____
Stephen M. McNamee
United States District Judge